**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIZCELDA M. RAMIREZ, as an individual and on behalf of all other similarly aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>STUDENT TRANSPORTATION OF AMERICA, INC., a Delaware Corporation. and DOES 2 through 10,<br><br>Defendants. | Case No. CV 15-8093-GW(JEMx)<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. 41(A)(2)**<br><br>[Assigned to: Hon. George H. Wu] |

# ORDER

Having considered Plaintiff Grizcelda M. Ramirez's Request for Dismissal Pursuant to F.R.C.P. 41(a)(2) and the supporting documents therein, the Court hereby rules as follows:

1. This Court dismisses, with prejudice, the instant action in its entirety as to Plaintiff's individual claims only: (1) for violation of the Fair Labor Standards Act, 29 U.S.C. sections 201 *et seq.* ("FLSA"), (2) for failure to pay all overtime wages under California Labor Code sections 204, 510, 558, 1194, and 1198, (3) for wage statement penalties under California Labor Code section 226 *et seq.*, (4) for waiting time penalties under California Labor Code sections 201 through 203, (5) for violation of California Business and Professions Code sections 17200 *et seq.*, and (6) for civil penalties under California Labor Code sections 2698 *et seq.* ("PAGA").

2. In addition, this Court approves the settlement and dismissal, with prejudice, of Plaintiff's individual claim(s) under the FLSA, because (1) the settlement reflects a compromise of a bona fide dispute regarding Defendant Student Transportation of America's liability, as well as any alleged damages owed to Plaintiff, (2) Plaintiff has been appraised of her rights under the Fair Labor Standards Act, and (3) throughout the litigation and settlement negotiations, Plaintiff has been represented by counsel.

3. In addition, this Court approves the settlement and dismissal, with prejudice, of Plaintiff's individual claim(s) under the PAGA, as follows: this Court dismisses, with prejudice, Plaintiff's individual claim under sections 2698 *et seq.*, and dismisses, with prejudice, Plaintiff's rights under sections 2698 *et seq.* to represent any other potential "aggrieved employee" for any claims brought against Defendant in this lawsuit.

4. Accordingly, the matter of <u>Ramirez v. Student Transportation of America, Inc.</u>, United States District Court for the Central District Case No. 2:15-cv-08093, is hereby dismissed.

**IT IS SO ORDERED**.

Date: December 1, 2015

*George H. Wu*
_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE